**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-6236**

—————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JESSIE YARBOROUGH,

        Defendant - Appellant.

—————

Appeal from the United States District Court for the District of South Carolina, at Anderson. G. Ross Anderson, Jr., Senior District Judge. (8:05-cr-00809-GRA-2; 8:07-cv-70142-GRA)

—————

Submitted: July 30, 2009        Decided: August 4, 2009

—————

Before MOTZ, KING, and DUNCAN, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Jessie Yarborough, Appellant Pro Se. Deborah Brereton Barbier, Assistant United States Attorney, Columbia, South Carolina, William Jacob Watkins, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie Yarborough seeks to appeal the district court's order denying his motion for reconsideration of the court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2009) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006); Reid v. Angelone, 369 F.3d 363, 369 (4th Cir. 2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Yarborough has not made the requisite showing. Accordingly, we deny Yarborough's motion for transcripts at government expense, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2